UNITED STATES COURT
OF INTERNATIONAL TRADE

| | |
|---|---|
| SCHREIBER FOODS INTERNATIONAL, INC.,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; *and* THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 26-cv-05095<br><br>**Summons** |

To: The Attorney General, United States Customs and Border Protection, Commissioner of the United States Customs and Border Protection Rodney S. Scott, the United States of America.

You are hereby summoned and required to serve upon Plaintiffs' attorney, whose name and address are set out below, an answer to the complaint, which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

/s/ Gina Justice
Clerk of the Court

November 9, 2026

/s/ Jeffrey M. Schwab

Jeffrey M. Schwab
Liberty Justice Center
1629 K. Street N.W.
Suite 300
Washington, D.C. 20006
512-481-4400