**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

# DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Jeffrey M. Schwab
(Name of attorney of record)
on behalf of Schreiber Foods International, Inc. in the matter of Schreiber Foods International, Inc. v. United States Customs and Border Protection, et al., Court No. 26-cv-05095.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

SFI Holdings, Inc., a New Jersey corporation, is the parent corporation of Schreiber Foods International, Inc.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

Not applicable

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

Not applicable

/s/ Jeffrey M. Schwab
Signature of Attorney

November 9, 2026
Date

Liberty Justice Center
Firm
1629 K Street N.W., Suite 300
Street Address
Washington, D.C. 20006
City, State and Zip Code
512-481-4400
Telephone Number
jschwab@ljc.org
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)