UNITED STATES COURT
OF INTERNATIONAL TRADE

| | |
|---|---|
| SCHREIBER FOODS INTERNATIONAL, INC.<br><br>Plaintiff,<br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; *and* THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 26-cv-05095<br><br>**Notice of Appearance** |

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the Court of International Trade, the undersigned appears as lead attorney for Plaintiff Schreiber Foods International, Inc. in this action and requests that all papers be served on him.

Date: November 9, 2026

/s/ Jeffrey Schwab

Jeffrey M. Schwab
Liberty Justice Center
1629 K Street N.W.
Suite 300
Washington, DC 2006
512-481-4400
jschwab@ljc.org